UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

McKhaela Katelynn McNamara,

    Defendant.

Criminal No. Case 4:23-mj-30304

Originating 23-cr-87

---

### GOVERNMENT'S PETITION FOR TRANSFER OF DEFENDANT TO ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant McKhaela Katelynn McNamara to answer to charges pending in another federal district, and states:

1. On July 25, 2023, defendant was arrested in the Eastern District of Michigan in connection with a federal arrest warrant issued in the Western District of Michigan. Defendant is charged in that district with Conspiracy to Commit Wire Fraud.

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above. *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

        Respectfully submitted,

        DAWN N. ISON
        United States Attorney

        *Anthony P. Vance*
        ANTHONY P. VANCE
        Assistant United States Attorney
        600 Church Street, Suite 200
        Flint, MI  48502
        Anthony.vance@usdoj.gov

Dated:  July 25, 2023